# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WAYNE GEORGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 2:16-cv-00667-KOB-SGC |
| ) | |
| LEEPOSEY DANIELS, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On June 7, 2016, the magistrate judge entered a report (Doc. 3), recommending this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be dismissed as second or successive. The time to file objections has expired, and no objections have been filed.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. Accordingly, the petition is due to be dismissed as second or successive and a certificate of appealability is due to be denied.

A separate order will be entered.

**DONE** and **ORDERED** this 1st day of July, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE